No. 83–5620. DEAN v. UNITED STATES. Appeal from D. C. N. D. Ga. dismissed for want of jurisdiction.

No. 82–1711. COLORADO v. QUINTERO. Sup. Ct. Colo. [Certiorari granted, 463 U. S. 1206.] Motion of petitioner to proceed with oral argument and decision denied. The writ of certiorari is dismissed, it appearing that respondent died on November 27, 1983.

No. D–389. IN RE DISBARMENT OF COHEN. It is ordered that Ray Jeffrey Cohen, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–390. IN RE DISBARMENT OF NAGEL. It is ordered that Edward A. Nagel, of Maitland, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 82–1295. ESCAMBIA COUNTY, FLORIDA, ET AL. v. MCMIL-LAN ET AL. C. A. 5th Cir. [Probable jurisdiction noted, 460 U. S. 1080.] Further consideration of the notice of substitution of party appellants and motion of certain appellants to dismiss the appeal is deferred to hearing of the case on the merits on January 10, 1984.

No. 82–1474. HOOVER ET AL. v. RONWIN ET AL. C. A. 9th Cir. [Certiorari granted, 461 U. S. 926.] Motion of respondent Ronwin for reconsideration of order granting divided argument [ante, p. 989] denied. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.